AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊚

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JULIA WEICK

        v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5028RBL/KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    1.     The Court adopts the Report and Recommendation;

    2.     The administrative decision is AFFIRMED.


    March 6, 2009                     BRUCE RIFKIN
                                            Clerk


                                            Jennie L. Patton
                                            Deputy Clerk